Joseph C Ruddy, Jr.
**Joseph C Ruddy Jr. Attorney At Law**
4314 Hamilton St.
Hyattsville, MD 20781
Telephone: 301-699-5666
Facsimile: 301-699-5665
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 3:09-cv-01991-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Joseph C. Ruddy, Jr. and Joanne C. Ruddy,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc,<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs in the above-entitled action, Joseph C. Ruddy, Jr. and Joanne C. Ruddy, and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named therein only with each side bearing its own attorneys' fees and costs.

DATED: 7/8, 2010     By _____
Joseph C Ruddy, Jr.
Joseph C Ruddy Jr. Attorney At Law
4314 Hamilton St.
Hyattsville, MD 20781
Telephone: 301-699-5666
Facsimile: 301-699-5665

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

*Attorney for Plaintiffs*

DATED: June 7, 2010    By: _____
Michelle W. Sadowsky
**DLA Piper US LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4625
Facsimile: 212.884.8675
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 7·02·2010

Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**